SEALED

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2015
CLERK, U.S. DISTRICT COURT
By ______
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No.

MIGUEL BONILLA (01)
TIFFANY BILLINGSLEY (02)
TIFFANY BRADBERRY (03)
SHANDA BRITE (04)
JAIME CASIAS (05)
JENNIFER CHURCH (06)
OCTAVIO COLIN (07)
SAMUEL HEBERT (08)
GARY HOWARD (09)
KELLY JAMES (10)
CHRIS MONROE (11)
CHRISTINA PUGH (12)
ANDRES SILVA (13)
MELISSA SLADE (14)
JOSEPH SUTTON (15)
STEVEN VILLEGAS (16)
JASON ZIEGLER (17)

# INDICTMENT

The Grand Jury Charges:

## Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning sometime in September 2013, and continuing until on or about the return of this indictment, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Miguel Bonilla**, **Tiffany Billingsley**, **Tiffany Bradberry**,

**Shanda Brite**, **Jaime Casias**, **Jennifer Church**, **Octavio Colin**, **Samuel Hebert**, **Gary Howard**, **Kelly James**, **Chris Monroe**, **Christina Pugh**, **Andres Silva**, **Melissa Slade**, **Joseph Sutton**, **Steven Villegas**, and **Jason Ziegler**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Warrants to issue on all defendants.

---

UNITED STATES MAGISTRATE JUDGE

USA v. Bonilla, et al Indictment

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

MIGUEL BONILLA (01)
TIFFANY BILLINGSLEY (02)
TIFFANY BRADBERRY (03)
SHANDA BRITE (04)
JAIME CASIAS (05)
JENNIFER CHURCH (06)
OCTAVIO COLIN (07)
SAMUEL HEBERT (08)
GARY HOWARD (09)
KELLY JAMES (10)
CHRIS MONROE (11)
CHRISTINA PUGH (12)
ANDRES SILVA (13)
MELISSA SLADE (14)
JOSEPH SUTTON (15)
STEVEN VILLEGAS (16)
JASON ZIEGLER (17)

---

INDICTMENT

21 U.S.C. § 846
(21 U.S.C. § 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(1 COUNT)

---

A true bill rendered:

---

FORT WORTH FOREPERSON

Filed in open court this 10th day of June, A.D. 2015.

---